IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTWAN MATTAWS
ADC #108865                                                                                          PLAINTIFF

v.                                     Case No. 5:18-cv-00169-KGB/JTR

SUSAN POTTS, Administration Department,
Drew County Jail; *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3). Accordingly, the Court dismisses without prejudice plaintiff Antwan Mattaws's complaint (Dkt. No. 1). The Court grants Mr. Mattaws's motion for status update and notice of change of address (Dkt. No. 4). The Court directs the Clerk of Court to update Mr. Mattaws's address pursuant to his notice of change of address. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

So ordered this 5th day of June, 2019.

_____
Kristine G. Baker
United States District Judge