IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTWAN MATTAWS
ADC #108865                                                                                   PLAINTIFF

v.                          Case No. 5:18-cv-00169-KGB/JTR

SUSAN POTTS, Administration Department,
Drew County Jail; *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Antwan Mattaws's complaint is dismissed without prejudice.

So adjudged this the 5th day of June, 2019.

_____
Kristine G. Baker
United States District Judge